The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COVINGTON 18 PARTNERS, LLC,<br><br>                     Plaintiff,<br><br>vs.<br><br>LAKESIDE INDUSTRIES, INC. et al.,<br><br>                     Defendants. | No.: 2:19-cv-000253 BJR<br><br>THIRD-PARTY DEFENDANTS FIDELITY NATIONAL TITLE INSURANCE COMPANY AND FIDELITY NATIONAL TITLE OF WASHINGTON, INC.'S, PRETRIAL STATEMENT |

Pursuant to LR 16(i), third-party defendants Fidelity National Title Insurance Company and Fidelity National Title of Washington, Inc. (collectively "Fidelity") serve this Pretrial Statement on third-party plaintiff Attu, LLC.

1.     <u>Federal Jursidiction</u>.

This court does not have jurisdiction because there are no pending claims against the Bonneville Power Administration ("BPA") now that the court has granted plaintiff's Motion for Summary Judgment and resolved all issues involving the BPA. The only remaining claims are Attu's state causes of action against Fidelity. Attu does not assert any independent jurisdictional

---

THIRD-PARTY DEFENDANTS FIDELITY NATIONAL TITLE
INSURANCE COMPANY AND FIDELITY NATIONAL TITLE'S
PRETRIAL STATEMENT - 1

**FIDELITY NATIONAL LAW GROUP**
**701 FIFTH AVENUE, SUITE 2710**
**SEATTLE, WA 98104**
**(206) 223-4525**

basis that establishes jurisdiction. Supplemental jurisdiction is not warranted because none of the factors stated in 28 U.S.C. § 1367 apply.

2.  Affirmative Defenses and Claims.

Fidelity intends to assert and pursue all affirmative defenses at trial, including: that this court lacks jurisdiction; Attu fails to state a cause of action; Attu is not an insured under the title insurance policy; Washington does not recognize third-party insurance claims; Attu lacks standing; all title work was done for the benefit of the buyer; the easement at issue was unrecorded; and Attu cannot establish negligent title work. Fidelity does not assert any counterclaims, and is not seeking affirmative relief other than the award of attorneys' fees and costs.

3.  Objections to third-party plaintiff's Statement of Issues of Law.

Beyond Jurisdiction, issues of law include whether RCW 19.86.020 applies; whether Fidelity owed any duty to Attu other than to fulfill the parties' joint escrow instructions; whether Attu is entitled to assert its claims; whether Attu may assert a negligence claim; and whether Attu may assert any damages.

4.  Witnesses.

> Paul Kemp
> c/o Mark E. Bardwil, WSBA #24776
> MARK E. BARDWIL, P.S.
> 615 Commerce Street, Suite 102
> Tacoma, Washington 98402
> Telephone: (253) 383-7123
> meb@markbardwil.com
> Attorney for Covington Land, LLC

Mr. Kemp may testify as to the underlying transaction.

```
           Walter Miles
           c/o Mark E. Bardwil, WSBA #24776
           MARK E. BARDWIL, P.S.
           615 Commerce Street, Suite 102
           Tacoma, Washington 98402
           Telephone: (253) 383-7123
           meb@markbardwil.com
           Attorney for Covington Land, LLC
```

Mr. Miles may testify as to the underlying transaction.

```
           Corporate representative
           Fidelity National Title Insurance Company
           c/o Henry K. Hamilton, WSBA #16301
           Fidelity National Law Group
           701 – 5th Avenue, Suite 2710
           Seattle, WA  98104
           Phone: (206) 224-6001
           henry.hamilton@fnf.com
```

A corporate representative will testify as to the file records, scope of work, nature of the work, work performed and quality of the work.

```
           Cindy Foley or corporate representative
           Fidelity National Title of Washington, Inc.
           c/o Henry K. Hamilton, WSBA #16301
           Fidelity National Law Group
           701 – 5th Avenue, Suite 2710
           Seattle, WA  98104
           Phone: (206) 224-6001
           henry.hamilton@fnf.com
```

Cindy Foley or a corporate representative will testify as to the file records, scope of work, nature of the work, work performed and quality of the work.

5.   Exhibits.

Fidelity intends to offer the Declarations and other documents in the court file. Fidelity reserves the right to use those records identified in Attu's submission, and use additional documents for rebuttal or impeachment purposes.

6. <u>Deposition Transcripts</u>.

Fidelity does not intend to offer any deposition records.

DATED this 24th day of August, 2020.

                FIDELITY NATIONAL LAW GROUP

*/s/ Henry K. Hamilton*
Henry K. Hamilton, WSBA #16301
Fidelity National Law Group
701 – 5th Avenue, Suite 2710
Seattle, WA 98104
Phone: (206) 224-6001
Fax: (206) 223-4527
Email: Henry.Hamilton@fnf.com
*Attorneys for Third-Party defendants Fidelity National Title Insurance Company and Fidelity National Title of Washington, Inc.*